UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joshua Rogers

_____

Write the full name of each plaintiff.

-against-

NYU Hospitals Doctor
from ER Visit 9r
Bellevy Hospital

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____
(Include case number if one has been assigned)

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☑   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Rights to acess of healthcare, Discrimination based off color, Sex, religon, prefrence + Ostracism. Having orthope__

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff,   Joshua Roger   , is a citizen of the State of
(Plaintiff's name)

New York

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

New York   .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __NYU Doctos 3(+)'RN__, is a citizen of the State of
(Defendant's name)

__New York__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, __NYU__, is incorporated under the laws of

the State of __New York__

and has its principal place of business in the State of __New York__

or is incorporated under the laws of (foreign state) __New York__

and has its principal place of business in __New York__ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Joshua__          __Shers__          __Roger__
First Name          Middle Initial          Last Name

__145 E 23rd Street, unit 150__
Street Address

__New York__          __NY__          __10018__
County, City          State          Zip Code

__917-846-6461__          __rogers.Joshua∅∅@__
Telephone Number          Email Address (if available)

__Outlook.com__

Page 3

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:     *NYu Doctor @ Date of D.Ichan*

First Name                        Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                        State                    Zip Code

Defendant 2:     *Bellvue Hospital*

First Name                        Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                        State                    Zip Code

Defendant 3:     *Tiberius Fray*

First Name                        Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                        State                    Zip Code

Defendant 4:    Tilma        Freeterr

            First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:    NYu Hospital ER

Date(s) of occurrence: _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

While at the ER @ NYu, I began to have onsett of Pain + also numbness in my feet when asked to get some attention, with a fear of falling + or losing balance. I was immediatly met with attitude and Push back, The staff made fun of me in my face and blantanly disrespected me. The nurse came and gave me a hard time about the IU. Having difficultes in the Past she dismissed my advice to go lower while my body is wrenching in Pain I even defiqued on myself because noore would help me to the bathroom. Two doctors came over + they Continued to give me the run around all while not helping me get out of this fever + Pain

And I was admitted for 4 day with a bacterial Menengitis infection. That they refused to give me Pain meds or never treated my injury cases at all. I lost my shoes backpack wallet + Document because I was too weak to carry + the hospital dumped me on six wait. After I left Bellvue was said it would pay me 3/4 of a billion dollars and NYU 225 million for its role in my stay

**INJURIES:** In my bag I lost two bottles of medicine for Hepatis that you cant get refilled until the month end

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Bacterial Infection - None for Pain Just fluids
Pain + Suffering - made to battle fever of 103 with only tylenol
Discrimination -
Ostracism -
Medication - Had to go 25-28 days without med because they just had been filled

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

1. 8 Billion dollars for both hospitals role in what happened. Keep my Healthcare facility + Insurance. Plus they have to recure me each time I pass unless medically unable

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

9/9/2024
Dated

Plaintiff's Signature

Joshua                    S                    Roy
First Name          Middle Initial          Last Name

145  E  23rd  Street,  Unit  150
Street Address

New York                    NY                    10010
County, City                    State                    Zip Code

917 - 846 - 6461
Telephone Number

Roy, Joshua @Outlook.com
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes    ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.