UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA ROGERS,<br><br>                             Plaintiff,<br><br>     -against-<br><br>NYU HOSPITALS DOCTORS; BELLEVUE HOSPITAL; TIBERIUS FRAY; TILMA FRUETEUR,<br><br>                             Defendants. | 24cv6974 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the January 10, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   January 15, 2025
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                          Chief United States District Judge